UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIETZ INTERNATIONAL PUBLIC ADJUSTERS OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVANSTON INSURANCE COMPANY, <br><br> Defendant. | CASE NO. CV 09-06662 MMM (Ex) <br><br> JUDGMENT FOR DEFENDANT |

On June 29, 2011, the court granted defendant Evanston Insurance Company's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff takes nothing by way of its complaint; and

    2.    That the action be, and it hereby is, dismissed with prejudice.

DATED: June 29, 2011

                                            MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE